**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL W MANN,

        Plaintiff(s),

    v.

WELLS FARGO BANK,

        Defendant(s).

_____/

No. C-12-03014 DMR

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

       The Initial Case Management Conference previously scheduled for October 17, 2012 has been CONTINUED to November 8, 2012 at 11:00 a.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than November 1, 2012.

       IT IS SO ORDERED.

Dated:  October 12, 2012

_____

DONNA M. RYU
United States Magistrate Judge