1  Mark D. Lonergan (State Bar No. 143622)
   Edward R. Buell III (State Bar No. 240494)
2  Daska P. Babcock (State Bar No. 215172)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A., erroneously sued
7  herein as "WELLS FARGO BANK, N.A., dba
   AMERICA'S SERVICING COMPANY;
8  WELLS FARGO HOME MORTGAGE, INC.,
   dba AMERICA'S SERVICING COMPANY, and
9  AMERICA'S SERVICING COMPANY"

10

11                 UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

13

| | |
|---|---|
| MICHAEL W. MANN and<br>EVELYN F. MANN,<br><br>      Plaintiffs,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A., dba<br>AMERICA'S SERVICING COMPANY;<br>WELLS FARGO HOME MORTGAGE, INC.<br>dba AMERICA'S SERVICING COMPANY,<br>and AMERICA'S SERVICING COMPANY,<br><br>      Defendants. | Case No. 4:12-cv-03014-DMR<br><br>Assigned for All Purposes to the Honorable Magistrate Judge Donna M. Ryu<br><br>**[~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE, AND ADR COMPLETION DEADLINE**<br><br>Date:   November 8, 2012<br>Time:   11:00 a.m.<br>Crtrm.: 4 (Third Floor)<br>Judge:  Hon. Donna M. Ryu<br><br>Action Filed:   June 12, 2012<br>Trial Date:     None |

1     Pursuant to the stipulation filed by plaintiffs Michael W. Mann and Evelyn F. Mann
2 ("Plaintiffs") and defendant Wells Fargo Bank, N.A., sued in this action as "Wells Fargo Bank,
3 N.A., dba America's Servicing Company; Wells Fargo Home Mortgage, Inc. dba America's
4 Servicing Company, and America's Servicing Company" ("Wells Fargo"), through their counsel
5 of record, and finding good cause therefore, the Court hereby CONTINUES the motion hearing
6 and case management conference to November 29, 2012, at 11:00 a.m., before the Honorable
7 Donna M. Ryu, and CONTINUES the Early Neutral Evaluation completion deadline to
8 December 20, 2012.

9     It is so ordered.

11 Dated: November 8, 2012

_____
The Honorable Donna M. Ryu
United States Magistrate Judge