**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL W MANN,                                No. C-12-03014 DMR

9              Plaintiff(s),                        **ORDER OF DISMISSAL**

10        v.

11   WELLS FARGO BANK,

12             Defendant(s).
     _____/

13

14        The court having been advised that the parties have agreed to a settlement of this case,

15        IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

16   provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of

17   service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

18   not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

19   restored to the calendar to be set for trial.  All further dates are vacated.

20        IT IS SO ORDERED.

21

22   Dated:  August 16, 2013

23                                                  _____

24                                                  DONNA M. RYU
                                                    United States Magistrate Judge
25

26

27

28